United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD GREENSPAN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>IAC/INTERACTIVECORP, et al.,<br><br>　　　　　　Defendants. | Case No.  14-cv-04187-RMW<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

On April 20, 2015 the court issued an Order to Show Cause. Dkt. No. 27. The court set a May 1, 2015 deadline for plaintiff Greenspan to file a response as to why his case should not be dismissed for failure to prosecute, and scheduled a hearing on the court's Order to Show Cause for May 15, 2015. *Id*. The court's order stated that failure to respond or appear at the hearing would result in dismissal of this case with prejudice for failure to prosecute. As plaintiff neither filed a response nor appeared at the hearing, the court hereby dismisses the case with prejudice.

**IT IS SO ORDERED**.

Dated: May 15, 2015

　　　　　　　　　　　　　　　　　　　　*Ronald M. Whyte*
　　　　　　　　　　　　　　　　　　　　Ronald M. Whyte
　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER DISMISSING CASE
14-cv-04187-RMW　　　　　　　　1