UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD GREENSPAN,<br><br>           Plaintiff,<br><br>      v.<br><br>IAC/INTERACTIVECORP, et al.,<br><br>           Defendants. | Case No.  14-cv-04187-RMW<br><br>**ORDER RE COSTS AND EXPENSES** |

On September 18, 2015, the court ordered that it would grant relief from judgment if 1) plaintiff obtained new class counsel within thirty (30) days and 2) reimbursed defendants for costs and expenses in an amount to be set by the court. Dkt. No. 66.

At plaintiff's request, the court extended the deadline for new counsel to appear until November 2, 2015. Dkt. No. 81. New counsel for plaintiff Brad Greenspan and the class entered an appearance on that date. Dkt. No. 82.

Defendant Google submitted a declaration from counsel attesting to $28,529.41 in fees and $162.50 in costs incurred since entry of judgment. Dkt. No. 68. Defendant IAC/InterActive Corp submitted a declaration attesting to $39,242 in fees and $241.26 in costs. Dkt. No. 69.[1] The court

---

[1] Plaintiff filed a reply and amended reply to defendants' declarations, seeking indemnification for defendants' costs and fees from News Corp. *See* Dkt. Nos. 70, 74, 75. An indemnification claim is not properly presented in a reply to defendants' declarations and is outside the scope of this order.

14-cv-04187-RMW
ORDER RE COSTS AND EXPENSES
FC

1

is satisfied that these declarations reasonably reflect the fees and costs incurred by defendants. The court finds that a payment of $20,000 to Google and a payment of $25,000 to IAC are appropriate to mitigate the prejudice to defendants of reopening this case by reimbursing a portion of their costs and expenses.

Plaintiff shall pay $20,000 to Google and pay $25,000 to IAC/Interactive Corp. Within five (5) days of payment, plaintiff shall file a declaration attesting that payment has been made. The court will then grant relief from the judgment.

**IT IS SO ORDERED.**

Dated: November 10, 2015

*Ronald M. Whyte*
Ronald M. Whyte
United States District Judge

14-cv-04187-RMW
ORDER RE COSTS AND EXPENSES
FC